IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| MARGARET B.,<br><br>    Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,[1]<br><br>    Defendant. | REPORT AND RECOMMENDATION<br><br><br>Case No. 4:20-cv-00001-DN-PK<br><br>District Judge David Nuffer<br>Magistrate Judge Paul Kohler |

On February 2, 2022, the court entered an Administrative Appeal Scheduling Order setting April 22, 2022, as the deadline for Plaintiff to file her opening brief. The court has not received any submission from Plaintiff. On May 10, 2022, the court issued an Order to Show Cause directing Plaintiff to show cause why her case should not be dismissed for failure to prosecute. Plaintiff was warned that failure to respond to the Order to Show Cause could result in dismissal of the action for failure to prosecute. Plaintiff has failed to respond.

### RECOMMENDATION

It is therefore recommended that this action be dismissed for failure to prosecute.

Copies of this Report and Recommendation are being mailed to all parties who are hereby notified of their right to object. The parties must file any objection to this Report and Recommendation within fourteen (14) days of service. 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b). Failure to object may constitute a waiver of objections upon subsequent review.

---

[1] Pursuant to Fed. R. Civ. P. 25(d) and the last sentence of 42 U.S.C. § 405(g), Kilolo Kijakazi is substituted for Andrew Saul as the defendant in this suit.

DATED this 9th day of June, 2022.

                                      BY THE COURT:

                                      _____
                                      PAUL KOHLER
                                      United States Magistrate Judge