IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

SOUTHERN DIVISION

| | |
|---|---|
| MARGARET BOARDMAN,<br><br>    Plaintiff,<br><br>vs.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security Administration,<br><br>    Defendant. | ORDER OF DISMISSAL<br><br>Case No. 4:20-cv-00001-TC-PK |

On June 9, 2022, United States Magistrate Judge Paul Kohler issued a Report & Recommendation (R&R) recommending that the court dismiss this case for failure to prosecute. The parties were given fourteen days to file objections to the R&R. Nothing has been filed and the time for objecting has passed.

The court has reviewed the matter and the R&R *de novo*, as required by 28 U.S.C. § 636(b)(1)(C). The court agrees that the case should be dismissed for failure to prosecute. Accordingly, the court adopts the R&R (ECF No. 32) in its entirety.

## ORDER

The court dismisses this action without prejudice for failure to prosecute.

DATED this 11th day of July, 2022.

        BY THE COURT:

        *Tena Campbell*

        TENA CAMPBELL
        U.S. District Court Judge

1